UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC, | No. 2:15-cv-2701-JAM-KJN, et al. |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 108.206.113.196, | |
| Defendant. | |
| (AND RELATED CASES) | |

Examination of the cases listed in the attachment to this order reveals that those actions are related within the meaning of Local Rule 123 to the action entitled <u>Malibu Media, LLC v. John Doe subscriber assigned IP address 108.206.113.196</u>, 2:15-cv-2701-JAM-KJN.[1] Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of

---

[1] The court has also previously related numerous other actions to this case, which was the first-filed action.  See <u>Malibu Media, LLC v. John Doe subscriber assigned IP address 108.206.113.196</u>, 2:15-cv-2701-JAM-KJN, ECF No. 7.

1

1  the actions is effected.  Under the regular practice of this court, related cases are generally
2  assigned to the judge and magistrate judge to whom the first filed action was assigned.
3       IT IS THEREFORE ORDERED that all actions listed in the attachment to this order be
4  reassigned to Judge John A. Mendez and Magistrate Judge Kendall J. Newman for all further
5  proceedings.  Any hearings or conferences previously scheduled before other judges or magistrate
6  judges in the Sacramento division are VACATED, subject to rescheduling as appropriate.
7  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:XX-CV-
8  XXXX-JAM-KJN.
9       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in
10 the assignment of civil cases to compensate for this reassignment.
11      The Clerk of Court shall file a copy of this order in each of the related cases listed in the
12 attachment to this order.
13      IT IS SO ORDERED
14      DATED: August 3, 2016

15                                          /s/ John A. Mendez_____ _____
16                                          UNITED STATES DISTRICT COURT JUDGE

ATTACHMENT TO ORDER - LIST OF CASES TO BE RELATED

The following actions entitled Malibu Media, LLC v. Doe:

2:16-cv-01708-TLN-CKD

2:16-cv-01709-KJM-AC

2:16-cv-01710-KJM-KJN

2:16-cv-01711-KJM-GGH

2:16-cv-01712-WBS-EFB

2:16-cv-01713-JAM-KJN

2:16-cv-01714-MCE-AC

2:16-cv-01715-KJM-CKD

2:16-cv-01716-MCE-EFB

2:16-cv-01717-KJM-CKD

2:16-cv-01718-JAM-CKD

2:16-cv-01719-TLN-EFB

2:16-cv-01720-TLN-KJN

2:16-cv-01721-MCE-KJN

2:16-cv-01722-JAM-KJN

2:16-cv-01723-TLN-AC

2:16-cv-01724-KJM-EFB

2:16-cv-01725-JAM-AC

2:16-cv-01726-JAM-CKD

2:16-cv-01727-KJM-EFB

2:16-cv-01728-TLN-GGH

2:16-cv-01729-TLN-KJN

2:16-cv-01733-TLN-CKD