Henrik Mosesi, Esq. (SBN: 189672)
**Law Offices of Henrik Mosesi**
433 N. Camden Dr., 6th Floor
Beverly Hills, CA 90210
Tel.: 310-734-4269
Fax: 310-734-4053
henry@mosesi.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO**

| | |
|---|---|
| MALIBU MEDIA, LLC,<br>Plaintiff,<br>vs.<br>JOHN DOE subscriber assigned IP address 76.20.14.46,<br>Defendant. | Case Number: 2:16-cv-01722-JAM-KJN<br>**PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Melissa Brabender, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 76.20.14.46. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 25, 2017

Respectfully submitted,

LAW OFFICES OF HENRIK MOSESI

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ

Attorney for Malibu Media, LLC
E-mail: henry@mosesi.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: *<u>/s/ Henrik Mosesi</u>*
HENRIK MOSESI, ESQ